UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00368-JCM-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JOSIYAH MENO, | |
| Defendant. | |

On May 18, 2015, the undersigned received a letter from Kenny Atkinson, Complex Warden at the Federal Bureau of Prisons Federal Medical Center in Butner, North Carolina. The letter is dated May 7, 2015, with courtesy copies sent to Andrew Duncan, Assistant United States Attorney, and Osvaldo Fumo, defense counsel. It is unknown whether the letter was actually mailed to the court or counsel for the parties. The court did not receive the letter until it was sent via facsimile on May 18, 2015.

Warden Atkinson requests a thirty-day extension of time to complete the dangerousness evaluation the court ordered, and requests that the evaluation period began on the date of Mr. Meno's arrival.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED** that the request of Warden Atkinson for an extension of the evaluation is granted, and the evaluation shall be completed by June 27, 2015.

DATED this 18th day of May, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1